**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Abdul Jabbar MACK, Defendant–
Appellant.**

**No. 13–13765
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 15, 2014.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, Patricia Green Rhodes, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Brendan Neville Fleming, Brendan N. Fleming, LLC, Augusta, GA, for Defendant–Appellant.

Before WILSON, MARTIN, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Brendan N. Fleming, appointed counsel for Abdul Jabbar Mack, has moved to withdraw on appeal pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, Fleming's motion to withdraw is **GRANTED** and Mack's sentence and convictions are **AFFIRMED.**